446 A.2d 683

Commonwealth v. Smith, Jr., Appellant.
Petition for Allowance of Appeal Denied Sept. 10, 1982.

Submitted February 2, 1982. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Judgment of sentence affirmed.

446 A.2d 683

Commonwealth v. Stankiewicz, Appellant.
Petition for Allowance of Appeal Denied Sept. 15, 1982.

Argued May 11, 1981. Michael R. Muth, for appellant; James P. Gregor, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

MONTEMURO, J., concurred in the result.